**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Rudy's Barbershop Holdings, LLC** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Rudy's** **Rudy's Barbershop** | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-1583198** | |
| **4.** | **Debtor's address** | **Principal place of business** **1605 Boylston Avenue** **Suite 202** **Seattle, WA 98122** Number, Street, City, State & ZIP Code **King** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.rudysbarbershop.com** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **Rudy's Barbershop Holdings, LLC**                               Case number (*if known*) _____
           Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __8121__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Annex**                                Relationship _____
District _____   When _____   Case number, if known _____

Debtor  **Rudy's Barbershop Holdings, LLC**  Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name    _____
         Phone           _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Rudy's Barbershop Holdings, LLC**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 2, 2020**
MM / DD / YYYY

X _/s/ Kathleen Trent_
Signature of authorized representative of debtor

**Kathleen Trent**
Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

X _/s/ William E. Chipman, Jr._
Signature of attorney for debtor

Date **April 2, 2020**
MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **(302) 295-0191**   Email address **chipman@chipmanbrown.com**

**3818 DE**
Bar number and State

**ANNEX 1 TO CHAPTER 11 PETITION**

<u>**PENDING BANKRUPTCY CASES FILED BY THE DEBTOR AND AFFILIATES OF THE DEBTOR**</u>

On the date hereof, each of the entities listed below (collectively, the "**Debtors**") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of their cases, with the lead case number assigned to the chapter 11 case of Rudy's Barbershop Holdings, LLC.

- Rudy's Barbershop Holdings, LLC
- Rudy's Barber Shop, LLC
- Rudy's Portland, LLC
- Rudy's Southeast, LLC
- Rudy's Hollywood, LLC
- Rudy's New York, LLC

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF MANAGERS OF
## RUDY'S BARBERSHOP HOLDINGS, LLC

The undersigned, being all the members of the Board of Managers ("**Board**") of Rudy's Barbershop Holdings, LLC, a Delaware limited liability company ("**Holdings**"), which is the sole member of (i) Rudy's Barbershop, LLC, a Washington limited liability company; (ii) Rudy's Portland, LLC, a Washington limited liability company; (iii) Rudy's Hollywood, LLC, a California limited liability company; (iv) Rudy's Southeast, LLC, a Delaware limited liability company; and (v) Rudy's New York, LLC, a New York limited liability company (collectively with the limited liability companies identified in the preceding romanettes (i)-(v), the "**Subsidiaries**" and collectively with Holdings, the "**Companies**"), waives the notice, calling and holding of a meeting of the Board, and in lieu of such a meeting, and in accordance with the Delaware Limited Liability Company Act, 6 *Del. C.* § 18-101 *et seq*. and the Amended and Restated Limited Liability Company Agreement of Holdings, dated as of May 27, 2014 ("**Agreement**"), do hereby consent to, adopt, authorize and approve the following resolutions as of April 2, 2020, with the same force and effect as if consented to and approved at a meeting of the Board duly called and held.

**WHEREAS**, the Board has considered the financial and operational conditions of the Companies; and

**WHEREAS**, the Board has reviewed, considered and received the recommendation of senior management of the Companies and the advice of the Companies' professionals and advisors with respect to the options available to the Companies, including the possibility of pursuing a restructuring or sale of the Companies' businesses and assets under title 11 of the United States Code (the "**Bankruptcy Code**");

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Companies and the advice of the Companies' professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Companies, their creditors, interest holders, and other interested parties that voluntary petitions be filed by the Companies seeking relief under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Petitions**"), and the filing of such Petitions be, and hereby is, authorized in all respects; and it is

**FURTHER RESOLVED**, that Kathleen Trent, the Chief Executive Officer of the Companies, such other or additional persons as designated by the Board, and any other officer or person designated hereby are appointed as authorized signatories and representatives in connection with the bankruptcy proceeding authorized herein (collectively, the "**Authorized Representatives**"); and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized, directed, and empowered on behalf of the Companies to execute and verify

Petitions in the name of the Companies under the Bankruptcy Code and to cause the same to be filed, in such form and at such time as the Authorized Representatives shall determine; and it is

**FURTHER RESOLVED**, that the Authorized Representatives, and each of them, with full authority to act without others, hereby is, authorized and directed to obtain postpetition financing and/or use cash collateral according to the terms negotiated and approved by the Authorized Representatives, including under one or more debtor-in-possession credit facilities; and to enter into any guarantees and to pledge and grant liens on the Companies' assets as contemplated by or required under the terms of such postpetition financing; and, in connection therewith, the Authorized Representatives are hereby authorized and directed to execute appropriate loan agreements and related ancillary documents; and it is

**FURTHER RESOLVED,** that the Authorized Representatives, and each of them, with full authority to act without others, hereby is, authorized and directed to work with the Companies' advisors to effectuate a restructuring under section 1129 of the Bankruptcy Code, or sale of substantially all of the Companies' assets under section 363 of the Bankruptcy Code; and to file all necessary motions and papers in the United States Bankruptcy Court for the District of Delaware to obtain approval of such restructuring or sale, according to the terms negotiated and approved by the Authorized Representatives; and, in connection therewith, the Authorized Representatives are hereby authorized and directed to execute appropriate agreements and related ancillary documents; and it is

**FURTHER RESOLVED**, that the Authorized Representatives, and each of them, with full authority to act without others, hereby is, and any employees or agents (including counsel) designated by or directed by such Authorized Representatives, be, and each hereby is, authorized and empowered to cause the Companies and such of their affiliates as any Authorized Representative deems appropriate to enter into, to execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper, and desirable to prosecute to a successful completion the Companies' chapter 11 cases, to effectuate the restructuring of the Companies' debt, other obligations, organizational form and structure, and ownership of the Companies and their subsidiaries consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies, to negotiate, execute, verify and file, or cause to be executed, verified, and filed (or direct others to do so on their behalf, as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, financial advisors, accountants or other professionals and to take any and all action which such Authorized Representative deems necessary and proper in connection with the bankruptcy case; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized and directed on behalf of and in the name of the Companies to employ the

law firm of Chipman Brown Cicero & Cole, LLP ("**CBCC**") as bankruptcy counsel to assist the Companies in filing for relief under chapter 11 of the Bankruptcy Code and in carrying out the Companies' duties under chapter 11 of the Bankruptcy Code, and the Authorized Representatives of the Companies are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon, and after the filing of the bankruptcy cases, and to execute and cause to be filed an application for authority to retain CBCC as the Companies' bankruptcy counsel; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized and directed to retain and employ GlassRatner Advisory & Capital Group LLC ("**GlassRatner**") to act as the Companies' financial advisors, and the Authorized Representatives are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon, and after the filing of the bankruptcy cases, and to execute and cause to be filed an application for authority to retain GlassRatner as the Companies' financial advisor; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized and directed to retain Bankruptcy Management Solutions, Inc. d/b/a Stretto ("**Stretto**") as claims and noticing agent, and the Authorized Representatives are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy cases, and to execute and cause to be filed an application for authority to retain the services of Stretto as the Companies' claims and noticing agent; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized and directed to retain and employ any other professionals or consultants to the Companies as are deemed necessary to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, and in connection therewith, the Authorized Representatives are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to, and immediately upon and after the filing of the bankruptcy cases, and to execute and cause to be filed an application for authority to retain the services of such firms; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized, directed, and empowered for and in the name and on behalf of the Companies to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized, directed, and empowered, in the name and on behalf of the Companies to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and when necessary or appropriate, file or cause to be filed with the appropriate governmental authorities or otherwise, all such further agreements, documents, reports, certificates, and undertakings and any amendments, supplements, or modifications thereto; and to incur and to pay all such fees and expenses and to engage such persons as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers, or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Board, the Companies or any officer or other duly authorized agent acting by or under the direction of the Board, in connection with the bankruptcy cases, including, without limitation, obtaining financing or obtaining authorization to use cash collateral pursuant to a budget, or any further action to seek relief on behalf of the Companies under the Bankruptcy Code, or in connection with the bankruptcy cases, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Companies.

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board hereby consent to and approve and adopt these resolutions as of the date set forth above and direct that this Written Consent be filed with the minutes of the proceedings of the Board.

/s/ Paul Homer
Paul Homer

/s/ James Schiff
James Schiff

/s/ Jason Winship
Jason Winship

/s/ Kathleen Trent
Kathleen Trent

Fill in this information to identify the case:

Debtor name: **Rudy's Barbershop Holdings, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Rogue & Co., LLC<br>3800 NE 1st Avenue<br>Suite 600<br>Miami, FL 33137 | info@randco.com<br>(305) 417-6426 | Trade | | | | $100,213.00 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | Max Dragich<br><br>max.dragich@aexp.com<br>(800) 528-4800 | Trade | | | | $93,573.00 |
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | B. Kiefer<br><br>bkiefer@seyfarth.com<br>(312) 460-5000 | Professional Services | | | | $58,834.33 |
| Sunset Properties<br>4614 Glenalbyn Drive<br>Los Angeles, CA 90065 | Ivan Morley<br><br>sunset_properties@yahoo.com<br>(213) 393-0277 | Landlord | | | | $29,116.82 |
| Malin & Goetz Inc.<br>330 Seventh Avenue Floor 21<br>New York, NY 10001 | help@malinandgoetz.com<br>(212) 244-7771 | Trade | | | | $25,572.00 |
| Wella Corporation<br>24444 Network Place<br>Chicago, IL 60673 | cavaglieri.c@pg.com<br>(800) 829-4422 | Trade | | | | $18,772.50 |
| Kaye-Smith<br>P.O. Box 956<br>Renton, WA 98057 | info@kayesmith.com<br>(425) 228-8600 | Professional Services | | | | $16,785.83 |
| Asana Partners<br>1616 Camden Road<br>Suite 210<br>Charlotte, NC 28203 | Clare Walsh<br><br>cwalsh@asanapartners.com<br>(551) 580-1927 | Landlord | | | | $14,745.32 |

Debtor **Rudy's Barbershop Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gar Laboratories, Inc.<br>1844 Massachusetts Avenue<br>Riverside, CA 92507 | tom@garlabs.com<br>(951) 788-0700 | Trade | | | | $10,881.30 |
| Staples Inc.<br>P.O. Box 660409<br>Dallas, TX 75266 | arremittance@staples.com<br>(877) 826-7755 | Trade | | | | $10,413.21 |
| Moss Adams LLP<br>P.O. Box 101822<br>Pasadena, CA 91189 | eft@mossadams.com<br>(206) 302-6500 | Professional Services | | | | $10,000.00 |
| 3101 Main Street LLC<br>30313 Canwood Street<br>#32<br>Agoura Hills, CA 91301 | Lewis Maler<br>lmaler@hotmail.com<br>(310) 570-3363 | Landlord | | | | $9,760.07 |
| HFF LP<br>fbo 1186 Broadway Tenant LLC<br>PO Box 826767<br>Philadelphia, PA 19182 | John Paulsen<br>jpaulsen@gficap.com<br>(484) 532-4200 | Landlord | | | | $9,667.95 |
| Vantage Packaging, Inc.<br>41680 Corporate Center Court<br>Murrieta, CA 92562 | customerservice@vantagepackaging.com<br>(951) 696-4950 | Trade | | | | $9,097.17 |
| Alliance Packaging LLC<br>P.O. Box 749702<br>Los Angeles, CA 90074 | alliancepackaging.net<br>(425) 291-3500 | Trade | | | | $8,975.98 |
| Samis Land Company<br>208 James Street Suite C<br>Seattle, WA 98104 | Mike Norman<br>miken@samis.com<br>(206) 957-8750 | Landlord | | | | $7,065.45 |
| Grant's Golden Brand LLC<br>1752 NW Market Street<br>#409<br>Seattle, WA 98107 | sales@grantsgoldenbrand.com<br>(808) 227-3137 | Trade | | | | $7,057.51 |
| Cascadia Capital<br>1000 Second Avenue<br>Suite 1200<br>Seattle, WA 98107 | John Siegler<br>jsiegler@cascadiacapital.com<br>(206) 436-2550 | Professional Services | | | | $6,601.71 |

Debtor **Rudy's Barbershop Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accipiter Investments**<br>**4427 Santa Monica Blvd**<br>**Los Angeles, CA 90029** | **Cyrus Etemad**<br><br>**cyrusge@gmail.com**<br>**(415) 519-7653** | **Landlord** | | | | $6,285.91 |
| **8017 Melrose Ave Property LLC**<br>**9903 Santa Monica Blvd**<br>**Suite 1038**<br>**Beverly Hills, CA 90212** | **Patt Dee Sefton Hoffen**<br><br>**seftonpropmgt@aol.com**<br>**(310) 701-0190** | **Landlord** | | | | $6,175.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RUDY'S BARBERSHOP HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-XXXXX (XXX)<br><br>(*Joint Administration Pending*) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of Rudy's Barbershop Holdings, LLC certifies that the following corporate entity directly owns 10% or more of Rudy's Barbershop Holdings, LLC's equity interest.

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Northwood Ventures LLC | 36.81% |
| PCG-Ares Sidecar Investment LP | 17.28% |

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RUDY'S BARBERSHOP HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-XXXXX (XXX)<br><br>(*Joint Administration Pending*) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Rudy's Barbershop Holdings, LLC hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Kind/Class of Interest | Percentage of Interests Held |
|---|---|---|
| Northwood Ventures LLC<br>485 Underhill Boulevard, Suite 205<br>Syosset, New York 11791 | Series A Preferred Units | 36.79% |
| Northwood Capital Partners LLC<br>485 Underhill Boulevard, Suite 205<br>Syosset, New York 11791 | Series A Preferred Units | 6.49% |
| PCG-Ares Sidecar Investment LP<br>1 Embarcadero Center<br>San Francisco, California 94111 | Series A Preferred Units | 17.27% |
| Partnership Capital Growth III Main Blocker, LP<br>1 Embarcadero Center<br>San Francisco, California 94111 | Series A Preferred Units | 9.42% |
| Partnership Capital Growth Investors III Direct AIV, L.P.<br>1 Embarcadero Center<br>San Francisco, California 94111 | Series A Preferred Units | 5.85% |

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

| NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST | PERCENTAGE OF INTERESTS HELD |
|---|---|---|
| Partnership Capital Growth Investors III Blocked AIV, L.P.<br>1 Embarcadero Center<br>San Francisco, California 94111 | Series A Preferred Units | 1.99% |
| SK Partners<br>485 Underhill Boulevard, Suite 205<br>Syosset, New York 11791 | Series A Preferred Units | 1.26% |
| Alison G. Wilson<br>485 Underhill Boulevard, Suite 205<br>Syosset, New York 11791 | Series A Preferred Units | 0.34% |
| Paul R. Homer<br>485 Underhill Boulevard, Suite 205<br>Syosset, New York 11791 | Series A Preferred Units | 0.07% |
| Brendon Lynch<br>3122 Nichols Canyon Road<br>Los Angeles, CA 90046 | Series A Preferred Units | 2.21% |
| Wade W. Weigel, as Trustee of Wade Weigel Trust<br>2855 Golden Drive<br>Seattle, Washington 98117 | Common Units | 5.05% |
| Thomas B. Calderwood as Representative of Estate of Alex Calderwood<br>4740 NE 192nd Place<br>Lake Forest Park, Washington 98155 | Common Units | 5.05% |
| David Peterson<br>300 South Australian Boulevard, #1520<br>West Palm Beach, Florida 33401 | Common Units | 2.93% |
| R2H, LLC<br>P.O. Box 9970<br>Seattle, Washington 98109 | Common Units | 0.54% |
| Brendon Lynch<br>3122 Nichols Canyon Road<br>Los Angeles, CA 90046 | Profits Interest Units | 3.82% |
| Amy Rowe<br>14615 25th Avenue SW<br>Burien, Washington 98166 | Profits Interest Units | 0.17% |
| E. Michael McNamara<br>804 Via Del Monte<br>Palos Verdes Estates, California 90274 | Profits Interest Units | 0.05% |

| NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST | PERCENTAGE OF INTERESTS HELD |
|---|---|---|
| Jennifer Mudge<br>6300 32nd Avenue NW, #305<br>Seattle, Washington 98104 | Profits Interest Units | 0.02% |
| Ryan Kyle<br>7814 44th Avenue SW<br>Seattle, Washington 98136 | Profits Interest Units | 0.07% |
| Danny Segal<br>61 Divisadero Street, Apartment 3<br>San Francisco, California 94117 | Profits Interest Units | 0.02% |
| The CJ Trust (JP)<br>Jean Pierre Mastey<br>801 North Fairfax Avenue, #316<br>Los Angeles, California 90046 | Profits Interest Units | 0.21% |
| Robert Belknap<br>4205 221st Place SE<br>Bothell, Washington 98021 | Profits Interest Units | 0.16% |
| Kathleen Trent<br>7957 34th Avenue SW<br>Seattle, Washington 98126 | Profits Interest Units | 0.20% |
| Marshall Ofenloch<br>686 Valencia Street, Apartment 5<br>San Francisco, California 94110 | Profits Interest Units | 0.02% |

**Fill in this information to identify the case:**

Debtor name     **Rudy's Barbershop Holdings, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■    **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 2, 2020**      X   */s/ Kathleen Trent*
                                          Signature of individual signing on behalf of debtor

                                          **Kathleen Trent**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

# United States Bankruptcy Court
### District of Delaware

In re  **Rudy's Barbershop Holdings, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 2, 2020**

*/s/ Kathleen Trent*  
**Kathleen Trent**/**Chief Executive Officer**  
Signer/Title