**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RUDY'S BARBERSHOP HOLDINGS, LLC, *et al.*[1] | Case No. 20-10746 (LSS) |
| Debtors. | (*Jointly Administered*) |
| | **Related Docket Nos. 12, 13** |

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING
TO CONSIDER THE MOTION OF DEBTORS FOR ENTRY OF ORDERS (I)(A)
ESTABLISHING BIDDING PROCEDURES; (B) APPROVING BID PROTECTIONS;
(C) ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D) APPROVING
FORM AND MANNER OF NOTICE; (E) SCHEDULING A HEARING TO CONSIDER
ANY PROPOSED SALE; AND (F) GRANTING CERTAIN RELATED RELIEF; AND
(II)(A) APPROVING A SALE; (B) AUTHORIZING ASSUMPTION AND ASSIGNMENT
OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN
<u>CONNECTION WITH THE SALE; AND (C) GRANTING RELATED RELIEF</u>**

Upon consideration of the motion (the "**Motion to Shorten**")[2] of the Debtors seeking entry

of an order (this "**Order**") providing that the applicable notice period for the Motion be shortened

pursuant to Local Rule 9006-1(e); and this Court having determined that granting the relief

requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of

the Motion to Shorten has been given under the circumstances, and that no other or further notice

need be given; and after due deliberation thereon; and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

---

[1]     The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1.     The Motion to Shorten is GRANTED.

2.     The hearing (the "**Hearing**") to consider the relief requested by the Motion shall be held on **April 14, 2020, at 2:00 p.m. (Eastern)**.

3.     Pursuant to the Amended Order Governing the Conduct of Hearings Due to Coronavirus Disease 2019 (COVID-19), dated March 31, 2020, issued by the United States Bankruptcy Court for the District of Delaware (the "Court"), all hearings that are held by the Court prior to May 1, 2020 shall be telephonic and/or by video conference.  Further information can be found in the Court's Notice Regarding Videoconferencing During the Implementation of COVID-19 Court Procedures (3/18/2020) and Delaware Bankruptcy Court Audio/Video Appearance Procedures (03/18/2020).

4.     All persons who wish to appear at the Hearing by telephone must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

5.     Any objections or responses to the relief requested by the Motion must be filed prior to or on **April 14, 2020, at 10:00 a.m. (Eastern)**.

6.     All persons who intend to object to the relief requested by the Motion and who wish to appear by videoconference at the Hearing shall advise counsel for the Debtors by email at desgross@chipmanbrown.com no later than April 13, 2020, at 12:00 p.m. (noon) (Eastern).

7.     Promptly upon entry of this Order, the Debtors shall serve notice of the Motion on the following parties, or their counsel, if known, by electronic mail, hand-delivery, or overnight mail, as available: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the DIP Lender; (c) the Top 20 Creditors; and (d) any party that has requested notice under Bankruptcy Rule 2002.  In the event that the Debtors are unable to serve such parties by any

of electronic mail, hand-delivery, or overnight mail, the Debtors shall promptly serve such parties by regular, U.S. mail.

8.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: April 7th, 2020
Wilmington, Delaware