# EXHIBIT B

**Initial Budget**

**Rudy's Barbershop Holdings, LLC**
**DIP Budget [1][2][3]**

| Week Number | Week 1 (2 days) 4/3/2020 Est | Week 2 4/10/2020 Est | Week 3 4/17/2020 Est | Week 4 4/24/2020 Est | Week 5 5/1/2020 Est | Week 6 5/8/2020 Est | Week 7 5/15/2020 Est | Week 8 5/22/2020 Est | Week 9 5/29/2020 Est | Week 10 6/5/2020 Est | Week 11 6/12/2020 Est | Week 12 6/19/2020 Est | Week 13 6/26/2020 Est | Total 13-Week Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 48,709 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 48,709 |
| **Receipts:** | | | | | | | | | | | | | | |
| Microsoft wage reimbursement | - | - | 17,133 | - | 17,133 | - | 17,133 | - | - | - | - | - | - | 51,400 |
| Accounts receivable collection | - | - | - | - | 5,000 | - | - | - | - | - | - | - | - | 5,000 |
| Sale proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Receipts | $ - | $ - | $ 17,133 | $ - | $ 22,133 | $ - | $ 17,133 | $ - | $ - | $ - | $ - | $ - | $ - | $ 56,400 |
| **Operating Disbursements:** | | | | | | | | | | | | | | |
| Microsoft salaries | - | - | 17,133 | - | 17,133 | - | 17,133 | - | - | - | - | - | - | 51,400 |
| Other salaries | - | - | 14,823 | - | 14,823 | - | 14,823 | - | - | - | - | - | - | 44,469 |
| Payroll costs - continuing employees | 5,395 | - | 2,876 | - | 2,876 | - | 2,876 | - | - | - | - | - | - | 14,023 |
| Benefits - furloughed employees | 8,500 | 91,000 | - | 7,800 | 8,500 | 91,000 | - | - | - | - | - | - | - | 206,800 |
| Rent [4] | - | - | - | - | 175,000 | - | - | - | - | - | - | - | - | 175,000 |
| Utilities | 9,000 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | - | - | - | - | - | - | 36,000 |
| Bank Fees, 401(k) fees | - | - | - | - | 3,300 | - | - | - | - | - | - | - | - | 3,300 |
| Commercial insurance [5] | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Workers' Comp insurance | - | - | - | - | 29,175 | - | - | - | - | - | - | - | - | 29,175 |
| Taxes: | | | | | | | | | | | | | | |
| Business / Occ / Pers Prop | - | 25 | - | - | 18,896 | - | - | - | - | - | - | - | - | 18,921 |
| Sales & Use | - | 10,048 | - | - | 46,952 | - | - | - | - | - | - | - | - | 57,000 |
| Payroll taxes (for prepet. Payroll) | - | 9,651 | - | - | - | - | - | - | - | - | - | - | - | 9,651 |
| Other | - | 100 | - | - | - | - | - | - | - | - | 11,790 | - | - | 11,890 |
| Total Operating Disbursements | $ 22,895 | $ 115,324 | $ 39,332 | $ 12,300 | $ 321,155 | $ 95,500 | $ 39,332 | $ - | $ - | $ - | $ - | $ 11,790 | $ - | $ 657,629 |
| **Bankruptcy Expenses:** | | | | | | | | | | | | | | |
| Debtors' Counsel [6] | 30,000 | 35,000 | 30,000 | 25,000 | 25,000 | 25,000 | 40,000 | - | - | - | - | - | - | 210,000 |
| Debtors' Financial Advisor [6] | 30,000 | 30,000 | 25,000 | 25,000 | 30,000 | 30,000 | 30,000 | - | - | - | - | - | - | 200,000 |
| UCC Professionals [6] | - | - | 30,000 | 17,500 | 15,000 | 15,000 | 22,500 | - | - | - | - | - | - | 100,000 |
| Plan Preparation [7][8] | - | - | - | - | - | - | 100,000 | - | - | - | - | - | - | 100,000 |
| Claims/Noticing Agent | - | 15,000 | - | 5,000 | - | 5,000 | 15,000 | - | - | - | - | - | - | 40,000 |
| DIP Lender Fees & Expenses | - | - | - | - | - | - | 200,000 | - | - | - | - | - | - | 200,000 |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | 10,000 | 10,000 |
| D&O Insurance tail | 50,000 | - | - | - | - | - | - | - | - | - | - | - | - | 50,000 |
| KEIP | - | - | - | - | - | - | 64,233 | - | - | - | - | - | - | 64,233 |
| Adequate Protection to Existing Noteholders | - | 50,000 | - | - | - | - | - | - | - | - | - | - | - | 50,000 |
| Demand Loan Repayment [8] | - | - | - | - | - | - | 204,700 | - | - | - | - | - | - | 204,700 |
| Total Bankruptcy Expenses | $ 110,000 | $ 130,000 | $ 85,000 | $ 72,500 | $ 70,000 | $ 75,000 | $ 676,433 | $ - | $ - | $ - | $ - | $ - | $ 10,000 | $ 1,228,933 |
| Operating Cash Flow | $ (132,895) | $ (245,324) | $ (107,199) | $ (84,800) | $ (369,022) | $ (170,500) | $ (698,632) | $ - | $ - | $ - | $ - | $ (11,790) | $ (10,000) | $ (1,830,163) |
| Net DIP Borrowing (Paydown) | 119,186 | 245,324 | 107,199 | 84,800 | 369,022 | 170,500 | 698,632 | - | - | - | - | 11,790 | 10,000 | 1,816,454 |
| Pre-petition Roll-up | 237,000 | - | - | - | - | - | - | - | - | - | - | - | - | 237,000 |
| **Total DIP Balance** | $ 356,186 | $ 601,510 | $ 708,709 | $ 793,509 | $ 1,162,531 | $ 1,333,031 | $ 2,031,664 | $ 2,031,664 | $ 2,031,664 | $ 2,031,664 | $ 2,031,664 | $ 2,043,454 | $ 2,053,454 | $ 2,053,454 |
| Ending Cash Balance | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 |

**NOTES:**

[1] Assumed filing date of Thursday, April 2, 2020
[2] Budget assumes that retail operations are suspended and do not resume prior to sale closing. If permitted to re-open, this budget will need to be revised.
[3] Budget assumes sale closing on May 15. To the extent sales is not closed by May 15, the budget will need to be revisited.
[4] Budget excludes April rent, assuming that required amounts will be paid as cure costs per the APA.
[5] Existing coverage expires May 31
[6] Accrued (budgeted) amounts funded weekly into escrow; paid upon court approval
[7] To be allocated among the professionals; Plan preparation cost subject to further dicussion and refinement
[8] The plan preparation budget and demand note repayment will be paid at the Sale closing pursuant to the APA, will not be funded by the DIP Lender under the DIP and are not included for the purposes of calculating the final budget amount.