# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RUDY'S BARBERSHOP HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10746 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING[3] ON APRIL 14, 2020 AT 2:00 P.M. (*PREVAILING* EASTERN TIME)[4]**

**I.** **MATTER GOING FORWARD:**

1. Motion of Debtors for Entry of Orders (I)(a) Establishing Bidding Procedures; (b) Approving Bid Protections; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (d) Approving Form and Manner of Notice; (e) Scheduling a Hearing to Consider any Proposed Sale; and (f) Granting Certain Related Relief; and (II)(a) Approving a Sale; (b) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With the Sale; and (c) Granting Related Relief [D.I. 12, Filed 4/2/20].

   Objection Deadline: April 14, 2020 at 10:00 a.m. (*prevailing* Eastern Time).

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

[2] All amended items appear in **bold**.

[3] Pursuant to Amended Order Governing the Conduct of Hearings Due to Coronavirus Disease 2019 (COVID19), dated March 31, 2020, issued by the United States Bankruptcy Court for the District of Delaware (the "Court"), all hearings that are held by the Court prior to May 1, 2020 shall be telephonic and/or by video conference. Further information can be found in the Court's Notice Regarding Videoconferencing During the Implementation of COVID-19 Court Procedures (3/18/2020) and Delaware Bankruptcy Court Audio/Video Appearance Procedures (03/18/2020).

[4] The hearing will be held telephonically before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware. All persons who wish to appear at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

<u>Responses Received</u>:  None as of the filing of this Agenda.

<u>Related Pleadings</u>:

A. Motion of the Debtors for Entry of an Order Shortening the Notice Period Regarding Motion of Debtors for Entry of Orders (I)(a) Establishing Bidding Procedures; (b) Approving Bid Protections; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (d) Approving Form and Manner of Notice; (e) Scheduling a Hearing to Consider any Proposed Sale; and (f) Granting Certain Related Relief; and (II)(a) Approving a Sale; (b) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With the Sale; and (c) Granting Related Relief [D.I. 13, Filed 4/2/20].

B. Order Shortening the Time for Notice of the Hearing to Consider the Motion of Debtors for Entry of Orders (I)(a) Establishing Bidding Procedures; (b) Approving Bid Protections; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (d) Approving Form and Manner of Notice; (e) Scheduling a Hearing to Consider any Proposed Sale; and (f) Granting Certain Related Relief; and (II)(a) Approving a Sale; (b) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With the Sale; and (c) Granting Related Relief [D.I. 35, Entered 4/7/20].

C. Affidavit of Service [D.I. 23, Filed 4/6/20].

D. Affidavit of Service [D.I. 40, Filed 4/7/20].

E. Affidavit of Service [D.I. 41, Filed 4/7/20].

F. **Declaration of Kathleen Trent in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 11, Filed 4/2/20].**

<u>Status</u>: This matter is going forward.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: April 9, 2020<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark L. Desgrosseilliers (No. 4083)<br>Mark D. Olivere (No. 4291)<br>Tayler D. Bolton (No. 6640)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>desgross@chipmanbrown.com<br>olivere@chipmanbrown.com<br>bolton@chipmanbrown.com<br><br>*Proposed Counsel to the Debtors and Debtors-In-Possession* |