

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

Laurie Selber Silverstein  
Judge

824 N. Market Street  
Wilmington, DE 19801  
(302) 252-2900

April 10, 2020

**Via CM/ECF Notification:**

To all counsel in Rudy's Barbershop Holdings, Inc.- Case No. 20-10746

    Re:    <u>April 14, 2020 (2:00 p.m.) Hearing</u>

Dear Counsel:

    There is one matter scheduled to be heard at the April 14, 2020 hearing:

- Motion of Debtors for entry of Orders (I)(a) Establishing Bidding Procedures; (b) Approving Bid Protections; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (d) Approving Form and Manner of Notice; (e) Scheduling a Hearing to Consider any Proposed Sale' and (f) Granting Certain Related Relief; and (II)(a) Approving a Sale; (b) Authorizing Assumption and Assignment of Certain executory Contracts and Unexpired Leases in Connection with the Sale; and (c) Granting Related Relief [D.I. 12].

At of this writing (and, without any input from the recently formed official committee of unsecured creditors), I have determined that the hearing on these matters is time sensitive per Chief Judge Sontchi's Amended Order Governing the Conduct of Hearings Due to Coronavirus Disease 2019 (COVID-19) dated March 31, 2020.  To be clear, the April 14th hearing will be via Courtcall and Skype for business.  No parties/witnesses will appear in person.

    This is anticipated to be an evidentiary hearing.  Given I have determined the above matters are time sensitive, it is appropriate to take witness testimony remotely.  Such is permissible under Federal Rule of Civil Procedure 43(a) (made applicable by Federal Rule of Bankruptcy Procedure 9017) for good cause in compelling circumstances and with appropriate safeguards.  So that the hearing may run as smoothly as possible, and any

Rudy's Barbershop Holdings, Inc.- Case No. 20-10746
April 10, 2020
Page 2

appropriate safeguards can be implemented, please file the following information on the docket as soon as possible.   For each witness, please supply:

1. The name and title of the witness.
2. The general topic(s) of the testimony.
3. The location of the witness (city, state, country).
4. The place from which the witness will be testifying (e.g., home, office – **no addresses**).
5. Whether anyone will be in the room with the witness during his/her testimony, and if so, who (name/title/relationship to witness) and for what purpose.
6. Whether the witness will have any documents with him/her, and if so, what documents.

If the witness has filed a declaration relevant to the matters to be heard, the declaration should be available to the witness during testimony.

Any party seeking to cross-examine any witness should circulate in advance a list of any exhibits with a reference to the applicable CM/ECF docket number.  If an exhibit is not on the docket, please supply by email (pdf) to all relevant parties and the court as soon as possible, but no later than April 14, 2020 at 11:00 a.m.  The party sponsoring the witness will be responsible for ensuring that any exhibits are supplied to the witness ahead of the hearing.

My IT department indicates that the optimal number of Skype participants is no more than ten (10), as opposed to Courtcall, which is unlimited.  So that we can appropriately plan for the hearing, any attorney desiring to participate by Skype must notify Ms. Johnson at lora_johnson@deb.uscourts.gov by April 14, 2020 at 10:00 a.m.  I ask that Skype participation be limited to one attorney per firm, where possible, and that others who do not anticipate addressing the court do not request Skype participation.  Of course, anyone who is questioning a witness should participate by Skype, if possible.

Ms. Johnson will email a Skype link to all who are participating by Skype.  It will be necessary to view video through the Skype link, but **all audio will be through Courtcall**.  It is incumbent on the party sponsoring the witness to provide both the Skype link and the Courtcall phone number to the witness as well as to register the witness with Courtcall.  We understand there may be a significant wait time for Courtcall, so we encourage you to register early and call in early for hearings.

Also, our experience is revealing that notwithstanding everyone's efforts to mute phones and the Skype microphone to avoid background noise, it can still be difficult to clearly hear all speakers.  Please speak slowly.  And, our IT department thinks that use of a headset or similar microphone might help.

Rudy's Barbershop Holdings, Inc.- Case No. 20-10746
April 10, 2020
Page 3

    We appreciate your cooperation as we work through this process. If you have any questions (technical or otherwise), please reach out to chambers.

                                        Very truly yours,

                                        Laurie Selber Silverstein

LSS/cmb