IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| RUDY'S BARBERSHOP HOLDINGS, LLC. | : | |
| *et al*[1] | : | Case No. 20-10746 (LSS) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

NOTICE OF POTENTIAL WITNESS

PLEASE TAKE NOTICE that, pursuant to the April 10, 2020 letter of the Hon. Laurie S. Silverstein, United States Bankruptcy Judge (Docket No. 57), Wade Weigel and David Petersen (the "Objecting Parties") hereby provide information about a potential witness which they may present at the hearing to be held on April 14, 2020:

1.      Name and title of witness: Tom Bailiff

2.      Topic of testimony: The proposed Witness will testify about the facts relating to the information available, information needed and challenges dealing with financial institutions during this time period.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

3.      Location of witness: Seattle, WA.

4.      Place from which the witness will testify: his home.

5.      Whether anyone else will be in the room: No.

6.      Whether the witness will have any documents No.

Dated this 14th day of April 2020

                          Sternberg Thomson Okrent & Scher, PLLC

By _____
                          Craig S. Sternberg, WSBA No. 521
                          Sternberg Thomson Okrent & Scher, PLLC
                          2033 Sixth Avenue, Ste. 251
                          Seattle, WA 98121
                          206 386-5438 // FAX 206 374-2868
                          craig@stoslaw.com
                          Attorneys for Weigel and Petersen