IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RUDY'S BARBERSHOP HOLDINGS, LLC, *et al*.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10746 (LSS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 12 and 103** |

## NOTICE OF AUCTION AND SALE OF ASSETS

**PLEASE TAKE NOTICE REGARDING THE FOLLOWING:**

     1.     On April 2, 2020, Rudy's Barbershop Holdings, LLC, and its affiliates, as debtors and debtors-in-possession (the "**Debtors**") each filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

     2.     The Debtors have entered an Asset Purchase Agreement (the "**Stalking Horse APA**") with RBS Salon Holdings, Inc. (the "**Stalking Horse Bidder**"), by which the Stalking Horse Bidder or a designee of the Stalking Horse Bidder, as permitted pursuant to the Stalking Horse APA, will acquire all or substantially all of the Debtors' assets (the "**Assets**").

     3.     On April 2, 2020, in connection with a proposed sale of the Assets pursuant to section 363 of the Bankruptcy Code (the "**Sale**") to the successful bidder (the "**Successful Bidder**") at an auction (the "**Auction**"), the Debtors filed a motion (the "**Motion**"),[2] seeking, among other things, (i) entry of an order approving the bidding procedures (the "**Bidding Procedures**") governing the solicitation of higher or better Bids; (ii) establishing procedures for the assumption or assignment and assumption of executory contracts; (iii) scheduling a Sale Hearing; and (iv) granting related relief.

     4.     By order, dated April 17, 2020 (Docket No. 103) (the "**Bidding Procedures Order**"), the Bankruptcy Court approved the Bidding Procedures that govern the sale of, or other transaction to acquire, the Assets by the highest and best bidder. Pursuant to the Bidding Procedures Order, if one or more Qualified Bids are received before the Bid Deadline (as defined below), the Debtors will conduct the Auction among such Qualified Bidders to determine the highest or otherwise best Qualified Bid, beginning on **May 7, 2020, at 10:00 a.m. (Eastern)** at

---

[1]     The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the offices of Chipman, Brown, Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801, but to be held by telephone, or such other means, including videoconference that the Debtors may choose, or such other place and time as the Debtors shall notify all bidders that have submitted Qualified Bids (including the Stalking Horse Bidder) and any official committee appointed in the Debtors' Chapter 11 Cases and its counsel.

5. Only Qualified Bidders that have submitted Qualified Bids by **May 5, 2020, at 5:00 p.m. (Eastern)** (the "**Bid Deadline**") are eligible to participate in the Auction, subject to the terms of the Bidding Procedures and other limitations as may reasonably be imposed by the Debtors. All Qualified Bids, with the exception of the Stalking Horse Bid, must be accompanied with a deposit in an amount equal to ten percent (10%) of the total cash consideration provided under the proposed Transaction Agreement.

6. Qualified Bidders participating in the Auction must appear by telephone or by such other means as the Debtors may approve in their sole discretion. Duly authorized representatives of such Qualified Bidders may also participate in the Auction by such means. Only the Debtors, the Auction Bidders, the Consultation Parties, and all creditors of the Debtors, together with the professional advisors to each of the foregoing parties, may attend the Auction, also by telephone, videoconference, or by such other means as the Debtors may approve in their sole discretion. Only Qualified Bidders (including the Stalking Horse Bidder) will be entitled to make any Bids at the Auction. For the avoidance of doubt, the Consultation Parties may attend the Auction without sending prior written notice of their intention to do so.

7. If the Debtors do not receive a Qualified Bid (other than that of the Stalking Horse Bidder), the Debtors will not conduct an Auction and shall designate the Stalking Horse Bidder as the Successful Bidder.

8. A hearing to consider approval of the Successful Bid (or to approve the Stalking Horse APA, as applicable, if no Auction is held) (the "**Sale Hearing**") is proposed to take place on **May 11, 2020, at 10:00 a.m. (Eastern)**, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801. At the Sale Hearing, the Debtors will present such Successful Bid to the Court for approval.

9. Objections, if any, to the Motion and the sale of the Assets to the Successful Bidder, must be filed with the Court and served upon counsel to the Debtors and counsel to the Successful Bidder so as to be actually received by **May 4, 2020, at 4:00 p.m. (Eastern)**. If a Successful Bidder that is not the Stalking Horse Bidder prevails at the Auction, then the deadline to object to solely with respect to the conduct of the Auction, any changes to the revised APA, or the adequate assurance of future performance from the Successful Bidder, shall be extended to **May 8, 2020, at 4:00 p.m. (Eastern)**; provided, however, that the deadline to object to matters unrelated to the identity of the Successful Bidder or conduct of the Auction shall not be extended. In each case, all objections must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (d) be filed with the Court no later than the applicable objection deadline and served on (i) proposed counsel to the Debtors and (ii) counsel to the Stalking Horse Bidder. **Any party who fails to timely file an objection to entry of the Sale Order (i) shall be forever barred from**

objecting thereto, (ii) shall be deemed to consent to the sale of the Assets as approved by any Sale Order, and (iii) shall be deemed to "consent" for purposes of Section 363(f)(2) of the Bankruptcy Code.

10. This notice is subject to the fuller terms and conditions of the Motion, the Bidding Procedures, and the Bidding Procedures Order. In the event of any conflict, the Bidding Procedures Order shall control, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the Sale and/or copies of any related document, including the Motion, or the Bidding Procedures Order, may make a written request to proposed counsel for the Debtors, Chipman, Brown, Cicero & Cole, LLP, Hercules Plaza 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn. William E. Chipman, Jr., Mark L. Desgrosseilliers, and Mark D. Olivere). In addition, copies of the Motion, the Bidding Procedures Order, and this notice can be found (i) at http://www.cases.stretto.com/Rudys (free of charge); and (ii) through PACER on the Court's website, https://ecf.deb.uscourts.gov (registration required), and are on file with the Clerk of the Court, 824 N. Market Street, Wilmington, Delaware 19801.

Dated:  April 17, 2020
         Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:     (302) 295-0199
Email:           chipman@chipmanbrown.com
                    degross@chipmanbrown.com
                    olivere@chipmanbrown.com

*Proposed Counsel for Debtors and Debtors-in-Possession*