# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RUDY'S BARBERSHOP HOLDINGS, LLC, *et al*.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10746 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR TELEPHONIC HEARING[2] ON APRIL 30, 2020 AT 10:30 A.M.
## (*PREVAILING* EASTERN TIME)[3]

> This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than April 30 at 9:30 to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall.
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Join ZoomGov Meeting**
> **https://debuscourts.zoomgov.com/j/1600283765**
>
> **Meeting ID: 160 028 3765**
> **Password: 628324**

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

[2] Pursuant to the Second Amended Order Governing the Conduct of Hearings Due to Coronavirus Disease 2019 (COVID19), dated April 20, 2020, issued by the United States Bankruptcy Court for the District of Delaware (the "Court"), all hearings that are held by the Court prior to May 18, 2020 shall be telephonic and/or by video conference. Further information can be found in the Court's Notice Regarding Videoconferencing During the Implementation of COVID-19 Court Procedures (3/18/2020) and Delaware Bankruptcy Court Audio/Video Appearance Procedures (03/18/2020).

[3] The hearing will be held telephonically before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware. All persons who wish to appear at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

**I.      RESOLVED MATTERS:**

1.  Debtors' Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 58, Filed 4/10/20].

    Objection Deadline:   April 23, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received:  None.

    Related Pleadings:

    A.   Certificate of No Objection [D.I. 112, Filed 4/24/20].

    B.   Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 117, Entered 4/27/20].

    Status: An order has been entered.  No hearing is necessary.

2.  Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP as Counsel to the Debtors Effective as of the Petition Date [D.I. 59, Filed 4/10/20].

    Objection Deadline:   April 23, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received:  None.

    Related Pleadings:

    A.   Certificate of No Objection [D.I. 113, Filed 4/24/20].

    B.   Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP as Counsel to the Debtors Effective as of the Petition Date [D.I. 118, Entered 4/27/20].

    Status: An order has been entered.  No hearing is necessary.

3.  Application of the Debtors for an Order Authorizing the Employment and Retention of GlassRatner Advisory & Capital Group LLC as Financial Advisor for the Debtors Effective as of the Petition Date [D.I. 67, Filed 4/13/20].

    Objection Deadline:   April 23, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received:  None.

    Related Pleadings:

    A.   Certificate of No Objection [D.I. 114, Filed 4/24/20].

B.  Order Authorizing the Employment and Retention of GlassRatner Advisory & Capital Group LLC as Financial Advisor for the Debtors Effective as of the Petition Date [D.I. 119, Entered 4/27/20].

Status: An order has been entered. No hearing is necessary.

4. Debtors' Application for Appointment of Stretto as Administrative Advisor Effective as of the Petition Date [D.I. 75, Filed 4/13/20].

Objection Deadline: April 23, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received: None.

Related Pleadings:

A.  Certificate of No Objection [D.I. 115, Filed 4/24/20].

B.  Order Authorizing Retention and Appointment of Stretto as Administrative Advisor Effective as of the Petition Date [D.I. 120, Entered 4/27/20].

Status: An order has been entered. No hearing is necessary.

II. **MATTERS UNDER CERTIFICATION:**

5. Debtors' Motion for Entry of Interim and Final Orders (a) Authorizing the Continued Use of the Debtors' Cash Management System and (b) Extending the Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code [D.I. 5, Filed 4/2/20].

Objection Deadline: April 27, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received: None.

Related Pleadings:

A.  *Interim* Order (I) Authorizing the Debtors to (A) Continue the Use of the Debtors' Cash Management System and (B) Extending the Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code [D.I. 35, Entered 4/7/20].

B.  Notice of Motions and Hearing [D.I. 54, Filed 4/9/20].

C.  Certification of Counsel Regarding Certain Final Orders [D.I. 121, Filed 4/28/20].

Status: A revised form of order has been filed under certification.

6. Debtors' Motion for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees [D.I. 7, Filed 4/2/20].

   Objection Deadline: April 27, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

   Responses Received: None.

   Related Pleadings:

   A. *Interim* Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees [D.I. 37, Entered 4/7/20].

   B. Notice of Motions and Hearing [D.I. 54, Filed 4/9/20].

   C. Certification of Counsel Regarding Certain Final Orders [D.I. 121, Filed 4/28/20].

   Status: A revised form of order has been filed under certification.

7. Debtors' Motion for the Entry of Interim and Final Orders (i) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment, (ii) Establishing Procedures for Resolving Objections by Utility Companies, and (iii) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 8, Filed 4/2/20].

   Objection Deadline: April 27, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

   Responses Received: None.

   Related Pleadings:

   A. *Interim* Order (I) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Scheduling a Final Hearing [D.I. 38, Entered 4/7/20].

   B. *Notice* of Motions and Hearing [D.I. 54, Filed 4/9/20].

   C. Certification of Counsel Regarding Certain Final Orders [D.I. 121, Filed 4/28/20].

   Status: A revised form of order has been filed under certification.

8. Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (i) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto; and (ii) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies [D.I. 9, Filed 4/2/20].

Objection Deadline: April 27, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received: None.

Related Pleadings:

A. *Interim* Order Authorizing the Debtors to (I) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto; and (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies [D.I. 39, Entered 4/7/20].

B. Notice of Motions and Hearing [D.I. 54, Filed 4/9/20].

C. Certification of Counsel Regarding Certain Final Orders [D.I. 121, Filed 4/28/20].

Status: A revised form of order has been filed under certification.

9. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (a) Liens and Superpriority Administrative Expense Claims and (b) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 10, Filed 4/2/20].

    Objection Deadline: April 27, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received: None.

    Related Pleadings:

    A. *Interim* Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 53, Entered 4/9/20].

    B. Notice of Motions and Hearing [D.I. 54, Filed 4/9/20].

    Status: The parties are working on a revised Final DIP Order and Budget. The Debtors intend to submit a revised form of order under certification.

10. Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Plan and (II) Granting Related Relief [D.I. 15, Filed 4/3/20].

    Objection Deadline: April 27, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received: Informal comments received from the Office of the United States Trustee and Official Committee of Unsecured Creditors.

Related Pleadings:

A. Notice of Motion and Hearing [D.I. 30, Filed 4/9/20].

B. Certification of Counsel Regarding Order (I) Approving the Debtors' Key Employee Incentive Plan and (II) Granting Related Relief [D.I. 123, Filed 4/28/20].

Status: A revised form of order has been filed under certification.

11. Debtors' Omnibus Motion Seeking Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Effective Date and (II) Granting Related Relief [D.I. 74, Filed 4/13/20].

Objection Deadline: April 23, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received: Informal comments received from the Office of the United States Trustee and Official Committee of Unsecured Creditors.

Related Pleadings:

A. Certification of Counsel Regarding Order (I) Authorizing (A) The Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Effective Date and (II) Granting Related Relief [D.I. 122, Filed 4/28/20].

Status: A revised form of order has been filed under certification.

| | |
|---|---|
| Dated: April 28, 2020<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark L. Desgrosseilliers (No. 4083)<br>Mark D. Olivere (No. 4291)<br>Tayler D. Bolton (No. 6640)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>desgross@chipmanbrown.com<br>olivere@chipmanbrown.com<br>bolton@chipmanbrown.com<br><br>*Counsel to the Debtors and Debtors-In-Possession* |