**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RUDY'S BARBERSHOP HOLDINGS, LLC, et al.[1] | Case No. 20-10746 (LSS) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Melissa Membrino, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 24, 2020, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on one-hundred and eighteen (118) confidential parties not included herein:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 91)
- **Amended Notice of Chapter 11 Bankruptcy Case** (Docket No. 96)

Dated: May 1, 2020

_/s/ Melissa Membrino_
Melissa Membrino

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 1st day of May, 2020, by Melissa Membrino, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/_

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Airventure Solutions LLC | 12759 6th Ave NW | | Seattle | WA | 98177-4220 |
| Al Freeman Sign Co | 6632 Cahuenga Ter | | Los Angeles | CA | 90068-2747 |
| Allied Arts Foundation | 3518 Fremont Ave N | | Seattle | WA | 98103-8814 |
| AMK Studio, Inc. | 1401 Dove St | Ste 230 | Newport Beach | CA | 92660-2425 |
| Chinook Book | 920 SW 6th Ave | Ste 1200 | Portland | OR | 97204-1212 |
| Christine Bailey Speed | 4575 S Fortuna Way | | Salt Lake City | UT | 84124-4769 |
| Comcast | PO Box 60533 | | City Industry | CA | 91716-0533 |
| Curator Pictures, LLC | 3416 NE 166th Pl | | Lake Forest Park | WA | 98155-6612 |
| DC Environmental, LLC | 555 S Rose St | | Anaheim | CA | 92805-4751 |
| Eric Trine Studio | 2056 Volk Ave | | Long Beach | CA | 90815-3559 |
| General Contractor Services Northwest Inc. | 21380 SE Coop Rd | | Eagle Creek | OR | 97022-9702 |
| George Bedrossian | 535A 7th St | | Palisades Park | NJ | 07650-3109 |
| Graham Walzer | 3171 Rossini Pl | | Topanga | CA | 90290-4465 |
| Hank Zakroff | 2723 33rd Ave S | | Seattle | WA | 98144-5551 |
| Haralambos Beverage Co | 26717 Palmetto Ave | | Redlands | CA | 92374-1513 |
| Harris Fragrances | 2601 Ocean Park Blvd | Ste 207 | Santa Monica | CA | 90405-5229 |
| J75, Inc | 1642 Buckingham Rd | | Los Angeles | CA | 90019-5903 |
| Joe Kim | 19130 Meridian Pl W | | Bothell | WA | 98012-9656 |
| Landon Miller | 1108 N New Hampshire Ave | | Los Angeles | CA | 90029-1708 |
| Lauren Segal | 61 Divisadero St | Apt 3 | San Francisco | CA | 94117-3236 |
| Nicole Wittman | 12411 W Fielding Cir | Apt 3310 | Playa Vista | CA | 90094-2576 |
| Parking Services | PO Box 21050 | | Spokane | WA | 99201-7197 |
| Seattle Popcorn Co, Inc | 6523 California Ave SW | | Seattle | WA | 98136-1833 |
| The Dank Crystal | 22902 27th Ave S | | Des Moines | WA | 98108-4405 |
| Thirty One Mile Inc | 5156 La Roda Ave | | Los Angeles | CA | 90041-1323 |
| Wade Weigel | 289 S Via Las Palmas | | Palm Springs | CA | 92262-4245 |
| Wave Broadband | 401 Parkplace Ctr | Ste 550 | Kirkland | WA | 98033-6282 |

Rudy's Barbershop Holdings, LLC, et al.
Case No. 20-10746 (LSS)

Page 1 of 1