IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RUDY'S BARBERSHOP HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10746 (LSS)<br><br>(Jointly Administered)<br><br>**RE: D.I. 12** |

**NOTICE OF FILING OF AMENDED AND
RESTATED ASSET PURCHASE AGREEMENT**

**PLEASE TAKE NOTICE THAT** on April 2, 2020, the Debtors filed the *Motion of Debtors for Entry of Orders (I)(a) Establishing Bidding Procedures; (b) Approving Bid Protections; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (d) Approving Form and Manner of Notice; (e) Scheduling a Hearing to Consider any Proposed Sale; and (f) Granting Certain Related Relief; and (II)(a) Approving a Sale; (b) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With the Sale; and (c) Granting Related Relief* [Docket No. 12] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT** on April 17, 2020, this Court entered the *Order (I) Scheduling a Hearing to Consider Approval of the Sale of Substantially All of the Debtors' Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief* [D.I.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

103] (the "**Bid Procedures Order**").  The Asset Purchase Agreement (the "**Original APA**") was attached as Exhibit 1(A) to the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE THAT** as a result of ongoing negotiations between the Debtors, the prepetition noteholders, the Official Committee of Unsecured Creditors appointed and RBS Salon Holdings, Inc. (**"RBS"**), the stalking horse bidder under the Original APA, the Original APA has been amended to increase the consideration being offered by RBS.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is the Amended and Restated Asset Purchase Agreement (the "**Amended APA**").  Attached as **Exhibit B** is a blackline of the Amended APA compared to the Original APA.  All potential bidders were previously advised of the terms of the Amended APA as soon as it was finalized on May 4, 2020.

Dated: May 5, 2020　　　　　　　　　　　　**CHIPMAN BROWN CICERO & COLE, LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　/s/ *William E. Chipman, Jr.*
　　　　　　　　　　　　　　　　　　　　　William E. Chipman, Jr. (No. 3818)
　　　　　　　　　　　　　　　　　　　　　Mark L. Desgrosseilliers (No. 4083)
　　　　　　　　　　　　　　　　　　　　　Mark D. Olivere (No. 4291)
　　　　　　　　　　　　　　　　　　　　　Tayler D. Bolton (No. 6640)
　　　　　　　　　　　　　　　　　　　　　Hercules Plaza
　　　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 5400
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone:　(302) 295-0191
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(302) 295-0199
　　　　　　　　　　　　　　　　　　　　　Email:　　　chipman@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　desgross@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　olivere@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　bolton@chipmanbrown.com

　　　　　　　　　　　　　　　　　　　　　*Counsel to the Debtors and Debtors-In-Possession*