IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>RUDY'S BARBERSHOP HOLDINGS, LLC. *et al¹*<br><br>Debtors | Chapter 11<br><br>Case No. 20-10746 (LSS)<br><br>(Jointly Administered) |

**RUDY'S RELOADED, FED. R. BANKR. P. 2019 DISCLOSURE**

On May 5, 2020, Malden Avenue Associates, LLC, a Washington State limited liability company, doing business as Rudy's Reloaded, submitted a proposed qualifying bid in accordance with the bid procedures order entered by this court on April 17, 2020 at ECF 103. In compliance with the requirements of FRBP 2019, Malden Avenue Associates, LLC, DBA Rudy's Reloaded ("Rudy's Reloaded") as no interest in Rudy's Barbershop Holdings, LLC et. al. (the Debtor.") The four members of Rudy's Reloaded and their interests in the Debtor are disclosed below.

1) William C. "Butch" Bannon, 4917 SW 37th Street, Portland, OR 97221, no economic interest to the Debtors.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

2) Wade Weigle, , 289 South Via Palmas, Palm Springs, CA 92262, Owns approximately 5.05% of the Debtor entities and holds approximately $558,000 of Founders Notes.

3) David Peterson, 300 South Australian, # 1520, West Palm Beach, FL 33401, Owns approximately 2.93% of the debtor entities and holds $324,000 of Founders' Notes.

4) Tom Bailiff, 6415 32nd Avenue NW, Seattle, WA 98117.  No economic interest in the Debtors.

Rudy's Reloaded has agreed to acquire the following claims from the following creditors.

1) Malin & Goetz Inc. Claim: $25,572.

2) Wella  Claim: $18,772

3) Grant's Golden Brand LLC Claim: $7,057.

4) Alliance Packaging, agreement pending for Claim: $8,970.60.

Dated this 6th day of May 2020

Sternberg Thomson Okrent & Scher, PLLC

By _/s/ Craig Sternberg_
    Craig S. Sternberg, WSBA No. 521
    Sternberg Thomson Okrent & Scher, PLLC
    2033 Sixth Avenue, Ste. 251
    Seattle, WA 98121
    206 386-5438 // FAX 206 374-2868
    craig@stoslaw.com
    Attorneys for Weigel and Petersen

Field Jerger, LLP

By _/s/ Joseph A. Field_
    Joseph A. Field, WSBA 24702 (*pro hac vice* pending)
    621 SW Morrison, Ste. 510
    Portland, OR 97205
    503 228-2665 // FAX 503 225-0276
    joe@fieldjerger.com

Ronald J. Drescher
Drescher & Associates, PA
One Commerce Center
1201 N. Orange Street, Ste. 732
Wilmington, DE 19801
410 484 9000
rondrescher@drescherlaw.com
Local Counsel