IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>RUDY'S BARBERSHOP HOLDINGS, LLC.<br>*et al[1]*<br><br>Debtors | Chapter 11<br><br>Case No. 20-10746 (LSS)<br><br>(Jointly Administered) |

NOTICE OF WITHDRAWAL
[ECF No. 132]

WEIGEL and PETERSEN, withdraw ECF No. 164 entitled Objection to Sale.

Dated this 7th day of May 2020

Sternberg Thomson Okrent & Scher, PLLC

*/s/ Craig S Sternberg*

By _____

Craig S. Sternberg, WSBA No. 521
Sternberg Thomson Okrent & Scher, PLLC
2033 Sixth Avenue, Ste. 251
Seattle, WA 98121
206 386-5438 // FAX 206 374-2868
craig@stoslaw.com
Attorneys for Weigel and Petersen

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

-2-

The undersigned does hereby declare under penalty of perjury that I served the following described pleadings to all parties in interest receiving notices by CM/EMF:

Withdrawal of objection to sale

DATED under penalty of perjury this 7th day of May 2020

*/s/ Craig S. Sternberg*

Craig S. Sternberg, WSBA No. 521