**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RUDY'S BARBERSHOP HOLDINGS, LLC, *et al*.[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10746 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 103, 157** |

## NOTICE OF AUCTION RESULTS

**PLEASE TAKE NOTICE** that on April 17, 2020, the United States Bankruptcy Court for the District of Delaware entered the *Order (I) Scheduling a Hearing to Consider Approval of the Sale of Substantially All of the Debtors' Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief* [D.I. 103] (the "Bid Procedures Order"), which approved, among other things, certain bidding procedures (the "Bidding Procedures") in connection with the sale of all or any part of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures, on May 7, 2020, the Debtors conducted the Auction[2] and determined that the highest and best bid for the Debtors' assets was offered by Malden Avenue Associates, LLC, a Washington State limited liability company, or assigns, doing business as "Rudy's Reloaded" ("Rudy's Reloaded"). The

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Bid Procedures Order.

Debtors have determined Rudy's Reloaded to be the Successful Bidder and its bid to be the Successful Bid.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures, the Debtors have designated RBS Salon Holdings, Inc. as the Back-Up Bidder.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, adequate assurance materials demonstrating the ability of the Successful Bidder to perform under the Assumed Executory Contracts pursuant to their Asset Purchase Agreement is being provided to each Assumed Executory Contract counterparty contemporaneous with this Auction Results Notice.

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing (the "Hearing") to consider approval of the results of the Debtors' sale process and Auction is scheduled on May 11, 2020, at 10:00 a.m. (ET) before the Honorable Laurie S. Silverstein.  The Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Hearing or on the Court's docket.

| | |
|---|---|
| Dated: May 8, 2020<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark L. Desgrosseilliers (No. 4083)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Facsimile:    (302) 295-0199<br>Email:          chipman@chipmanbrown.com<br>                   desgross@chipmanbrown.com<br>                   olivere@chipmanbrown.com<br><br>*Counsel to the Debtors and Debtors-In-Possession* |