# EXHIBIT A

**Rudy's Barbershop**
**Final Bid Comparison - May 7, 2020**

| | TACIT - BACKUP BID | | FOUNDERS - WINNING BID | | Advantage Founders / (Tacit) | Comments |
|---|---|---|---|---|---|---|
| | Treatment | Value to Estate | Treatment | Value to Estate | | |
| DIP | Credit bid entire amount | $ 1,900,000 | Repay with cash | $ 1,900,000 | $ - | Neutral - must go away to relieve claim entirely upon closing |
| Demand Loan Repayment | Paying directly to Northwood upon closing, resulting in release of $2.6m claims | 204,700 | Paying into estate pending outcome of adversary proceeding; no waiver of $2.6m in claims | 204,700 | - | Founders pay $204.7 PLUS either $200k cash or 10% carry |
| Leases | Assuming 20 locations | - | Assuming 22 unrejected plus want 3 rejected to be reinstated | 500,000 | 250,000 | Value of rejection damages on five undesirable locations plus HQ = ~$500,000. 50% credit to Founders as contingency for unknown and unfiled GUC claims. |
| Stub Rent | Assuming up to $120k | 165,000 | Assuming up to $165k | 165,000 | - | Founder offer saves estate $45k that was to be paid via DIP. Non-rejected leases will be paid by buyer via cure. |
| 503(b)(9) | Assuming up to $35,000 | 9,400 | Assuming up to $35,000 | 9,400 | - | Value equals amount of 503(b)(9) claims on Debtors' Schedules. |
| Liquidating Trust Prep and Funding | Funding $100k | 300,000 | Funding $100k | 100,000 | (200,000) | |
| Amex | Commitment to paying, though APA says they will assume | 97,000 | Assuming the liability, paying off directly immediately folloiwng closing | 97,000 | - | Neutral |
| Add'l Trade Assumed | | 169,000 | | 363,453 | 147,926 | Reduces GUC pool and provides discounted benefit to the estate (50% credit for Founders and 20% credit for Tacit assumed for analysis). |
| Breakup fee | | | | 100,000 | - | $100k breakup fee is neutral to estate; passes through directly to Tacit |
| Adequate Assurance pmt to Northwood | $30k directly to Northwood | - | | - | - | Neutral |
| Overbid amount | | | | 30,000 | 30,000 | $30k to estate |
| **Value of Difference (discounted)** | | | | | **$ 227,926** | **In favor of Founders** |

| Consideration summary (not discounted) | | $ 2,200,000 | Cash | $ 2,130,000 |
|---|---|---|---|---|
| | | 645,100 | Assumed / Non-cash | 1,339,553 |
| | | $ 2,845,100 | | $ 3,469,553 |

| Trade Repayment in Final Tacit Offer | |
|---|---|
| Rogue | $ 100,000 |
| Malin & Goetz | 25,000 |
| Wella | 18,000 |
| Grant's | 7,000 |
| Gar | 10,000 |
| Alliance | 9,000 |
| | $ 169,000 |

Bid Comparison - Auction Day.xlsx