# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RUDY'S BARBERSHOP HOLDINGS, LLC, *et al*.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10746 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING[3] ON MAY 11, 2020 AT 10:00 A.M. (*PREVAILING* EASTERN TIME)[4]

This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than May 11 at 9:00 a.m. to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**LSS Chambers is inviting you to a scheduled ZoomGov meeting.**

**Topic: Rudy's Barbershop Holdings LLC 20-10746**
**Time: May 11, 2020 10:00 PM Eastern Time (US and Canada)**

**Join ZoomGov Meeting**

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Rudy's Barbershop Holdings, LLC (3198); (ii) Rudy's Barber Shop, LLC (6037); (iii) Rudy's Portland, LLC (7237); (iv) Rudy's Southeast, LLC (5113); (v) Rudy's Hollywood, LLC (2941); and (vi) Rudy's New York, LLC (7034). The Debtors' headquarters is located at 1605 Boylston Avenue, Suite 202, Seattle, Washington 98122.

[2] All amended items appear in **bold**.

[3] Pursuant to Amended Order Governing the Conduct of Hearings Due to Coronavirus Disease 2019 (COVID19), dated March 31, 2020, issued by the United States Bankruptcy Court for the District of Delaware (the "Court"), all hearings that are held by the Court prior to May 1, 2020 shall be telephonic and/or by video conference. Further information can be found in the Court's Notice Regarding Videoconferencing During the Implementation of COVID-19 Court Procedures (3/18/2020) and Delaware Bankruptcy Court Audio/Video Appearance Procedures (03/18/2020).

[4] The hearing will be held telephonically before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware. All persons who wish to appear at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

I. **ADJOURNED MATTER:**

1. Debtors' Motion Seeking Entry of an Order (I) Authorizing (A) the Rejection of Nonresidential Sublease and (B) Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Effective Date and (II) Granting Related Relief [D.I. 111, Filed 4/24/20].

   Objection Deadline: May 4, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

   Responses Received: None.

   Related Pleadings: None.

   Status: This matter has been adjourned to a date to be determined.

II. **MATTER GOING FORWARD:**

2. Motion of Debtors for Entry of Orders (I)(a) Establishing Bidding Procedures; (b) Approving Bid Protections; (c) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (d) Approving Form and Manner of Notice; (e) Scheduling a Hearing to Consider any Proposed Sale; and (f) Granting Certain Related Relief; and (II)(a) Approving a Sale; (b) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With the Sale; and (c) Granting Related Relief [D.I. 12, Filed 4/2/20].

   Objection Deadline: May 4, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

   Responses Received:

   A.   Informal comments to Cure Amount from Pearson Equity Management LLC.

   B.   Informal comments to Cure Amount from BIKE PATH 1, LLC.

   C.   Informal comments to Cure Amount from Samis Land Co.

   D.   Informal comments to Cure Amount from Proctor Investors, LLC.

E. Kaye-Smith Enterprises Inc.'s (A) Objection to Cure Amount, (B) Notice of Warehouseman's Lien; and (C) Conditional Objection to Debtor's Proposed Sale [D.I. 162, Filed 5/4/20].

F. Declaration of Joan St. Marie in Support of Kaye-Smith Enterprises Inc.'s (A) Objection to Cure Amount, (B) Notice of Warehouseman's Lien; and (C) Conditional Objection to Debtor's Proposed Sale [163, Filed 5/4/20].

G. Objection to Sale (filed by Wade Weigel and David Petersen) [D.I. 164, Filed 5/4/20].

H. Objection to Notice of Proposed Assumption, Assignment, and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors (filed by 1186 Broadway Tenant LLC) [D.I. 165, Filed 5/4/20].

I. Objection of the Estate of Sandra C. Bengtsson to Proposed Assumption of Lease and Cure Amount in Connection with Debtor's Proposed Assumption of Lease [D.I. 169, Filed 5/4/20].

J. Hunters Capital, LLC's Objection to the Proposed Assumption, Assignment, and Cure Amount and Reservation of Rights [D.I. 170, Filed 5/4/20].

K. Estate of Alexander T. Calderwood's Joinder to Objection to Sale by Wade Weigel and David Petersen [D.I. 171, Filed 5/4/20].

L. Estate of Alexander T. Calderwood's Amended Joinder to Objection to Sale by Wade Weigel and David Petersen [D.I. 172, Filed 5/5/20].

**M. Notice of Withdrawal (filed by Wade Weigel and David Petersen) [D.I. 184, Filed 5/7/20].**

Related Pleadings:

A. Order (I) Scheduling a Hearing to Consider Approval of the Sale of Substantially All of the Debtors' Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 103, Entered 4/17/20].

B. Notice of Auction and Sale of Assets [D.I. 106, Filed 4/17/20].

C. Notice of Proposed Assumption, Assignment, and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 107, Filed 4/17/20].

D. Affidavit of Service [D.I. 109, Filed 4/22/20].

E. Notice of Filing of Proposed Draft Order (A) Approving and Authorizing the Sale of Substantially All of Debtors' Assets Pursuant to the Asset Purchase Agreement,

Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [D.I. 157, Filed 5/1/20].

F. Notice of Filing of Amended and Restated Asset Purchase Agreement [D.I. 174, Filed 5/5/20].

G. Notice of Filing Amended Exhibit A to Notice of Proposed Assumption, Assignment, and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 175, Filed 5/5/20].

**H. Notice of Auction Results [D.I. 184, Filed 5/8/20].**

**I. Notice of Filing of Bankruptcy Auction Transcript Dated May 7, 2020 [D.I. 187 Filed 5/8/20].**

**J. Declaration of Wayne P. Weitz in Support of Sale Motion [D.I. 189, Filed 5/8/20].**

**K. Notice of Filing of (1) Proposed Order (A) Approving and Authorizing the Sale of Substantially All of Debtors' Assets Pursuant to the Asset Purchase Agreement, Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief; and (2) Proposed Asset Purchase Agreement [D.I. 190, Filed 5/8/20].**

Status: **Responses (A) – (D); and (H) – (J) have been resolved. The parties are in discussions to resolve Responses (E) and (F).** With respect to all remaining responses, this matter is going forward.

| | |
|---|---|
| Dated: May **8**, 2020<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>/s/ William E. Chipman, Jr.<br>William E. Chipman, Jr. (No. 3818)<br>Mark L. Desgrosseilliers (No. 4083)<br>Mark D. Olivere (No. 4291)<br>Tayler D. Bolton (No. 6640)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>desgross@chipmanbrown.com<br>olivere@chipmanbrown.com<br>bolton@chipmanbrown.com<br><br>*Counsel to the Debtors and Debtors-In-Possession* |